UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                                                      :   **NOTICE OF APPEARANCE**

        -against-                                      :

                                                             11 Cr. 614 (VM)

ALPHONSE TRUCCHIO, et al.,              :

                Defendants.           :

------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant ALPHONSE TRUCCHIO in the above-entitled matter.

Dated: New York, New York
          December 2, 2011

*[signature]*

Gerald J. McMahon   (GM 4314)
*Attorney for Defendant Alphonse Trucchio*
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10004
(212) 797-1877
(212) 797-1419 (fax)
gm@geraldjmcmahon.com

To: All Counsel
    (by ECF)

doc116