UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                            (S-1) 11 Cr. 614 (VM)

   -against-                              :

                           :   **SURETY AFFIDAVIT**

ALPHONSE TRUCCHIO, et al.        :

        Defendants.                    :
-----------------------------------------------------------x

STATE OF NEW YORK        )
COUNTY OF Queens         )  ss.:

PAUL CONTE, being duly sworn, deposes and says:

1. On September 12, 2011, I signed a $3,000,000 bond as a suretor in *United States v. Alphonse Trucchio*, 11 Cr. 123 (RMB), securing defendant Trucchio's release on bail.

2. I agree and consent to having my obligations as a suretor in that case extend to and cover Alphonse Trucchio's obligations to comply with all bail conditions in this case.

                                        PAUL CONTE

Sworn to before me this the
13 day of December, 2011

Notary Public
MARIA TRINCERI
Notary Public, State of New York
No. 01TR6134227
Qualified in Queens County
Commission Expires September 26, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                           (S-1) 11 Cr. 614 (VM)

      -against-                           :

                          :    **SURETY AFFIDAVIT**

ALPHONSE TRUCCHIO, et al.          :

           Defendants.           :
----------------------------------------------------------x

STATE OF NEW YORK     )
COUNTY OF Queens      ) ss.:

PATRICIA CONTE, being duly sworn, deposes and says:

1. On September 12, 2011, I signed a $3,000,000 bond as a suretor in *United States v. Alphonse Trucchio*, 11 Cr. 12-3 (RMB), securing defendant Trucchio's release or bail.

2. I agree and consent to having my obligations as a suretor in that case extend to and cover Alphonse Trucchio's obligations to comply with all bail conditions in this case.

                                                  *Patricia Conte*
                                                  PATRICIA CONTE

Sworn to before me this the
13 day of December, 2011

*Maria Or*
Notary Public
MARIA TRINCERI
Notary Public, State of New York
No. 01TR6134227
Qualified in Queens County
Commission Expires September 26, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

             -against-                          :

                                                  :

ALPHONSE TRUCCHIO, et al.                :

                    Defendants.    :
------------------------------------------------------------x

(S-1) 11 Cr. 614 (VM)

**SURETY AFFIDAVIT**

STATE OF NEW YORK          )
COUNTY OF __Queens__       ) ss.:

        VINCENT MONTELLA, being duly sworn, deposes and says

        1. On September 12, 2011, I signed a $3,000,000 bond as a suretor in *United States v. Alphonse Trucchio*, 11 Cr. 12-3 (RMB), securing defendant Trucchio's release on bail.

        2. I agree and consent to having my obligations as a suretor in that case extend to and cover Alphonse Trucchio's obligations to comply with all bail conditions in this case.

                                                        *Vincent Montella*
                                                           VINCENT MONTELLA

Sworn to before me this the
__14__ day of December, 2011

_Maria a Sure_ (signature)
Notary Public
MARIA TRUCCHI
Notary Public, State of New York
No. 01TR6134227
Qualified in Queens County
Commission Expires September 26, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA, :

                                                (S-1) 11 Cr. 614 (VM)

  -against-                  :

                               :      **SURETY AFFIDAVIT**

ALPHONSE TRUCCHIO, et al. :

               Defendants. :
------------------------------------------------------------x

STATE OF NEW YORK      )
COUNTY OF Queens        ) ss.:

ASSUNTO AGOSTINELLI, being duly sworn, deposes and says:

1. On September 12, 2011, I signed a $3,000,000 bond as a suretor in *United States v. Alphonse Trucchio*, 11 Cr. 123 (RMB), securing defendant Trucchio's release on bail.

2. I agree and consent to having my obligations as a suretor in that case extend to and cover Alphonse Trucchio's obligations to comply with all bail conditions in this case.

                                                    _____
                                                    ASSUNTO AGOSTINELLI

Sworn to before me this the
_13_ day of December, 2011

_____
Notary Public

MARIA TRINCERI
Notary Public, State of New York
No. 01TR6134227
Qualified in Queens County
Commission Expires September 26, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,                :

         -against-                             :           (S-1) 11 Cr. 614 (VM)

                                                  :           **SURETY AFFIDAVIT**

ALPHONSE TRUCCHIO, et al.                :

         Defendants.                              :
---------------------------------------------------------x

STATE OF NEW YORK           )
COUNTY OF Queens            ) ss.:

ROSALIA AGOSTINELLI, being duly sworn, deposes and says:

1. On September 12, 2011, I signed a $3,000,000 bond as a suretor in *United States v. Alphonse Trucchio*, 11 Cr. 12-3 (RMB), securing defendant Trucchio's release on bail.

2. I agree and consent to having my obligations as a suretor in that case extend to and cover Alphonse Trucchio's obligations to comply with all bail conditions in this case.

                                                              _____
                                                              ROSALIA AGOSTINELLI

Sworn to before me this the
13 day of December, 2011

_____
Notary Public

```
                                                                    1
     1C94TRUEXCERPT            EXCERPT
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   UNITED STATES OF AMERICA
 3
 4            v.                         11CR614(VM)
 4
 5   ALPHONSE TRUCCHIO, et al.,
 5
 6            Defendants.
 6
 7   ------------------------------x
 7
 8                                       New York, NY
 8                                       December 9, 2011
 9                                       (EXCERPT)
 9
10   Before:
10
11                  HON. VICTOR MARRERO
11
12                                       District Judge
12
13                       APPEARANCES
13
14   PREET BHARARA
14        United States Attorney for the
15        Southern District of New York
15   JONATHAN COHEN
16   MICHAEL FERRARA
16        Assistant United States Attorneys
17
17   GERALD McMAHON
18        Attorney for Defendant Alphonse Trucchio
18
19   CURTIS FARBER
19        Attorney for Defendant Christine Gunning
20
20   FRANCISCO CELEDONIO
21        Attorney for Defendant Richard Gutowski
21        (for this proceeding only)
22
23
24
25
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```

```
                                                              2
    1C94TRUEXCERPT           EXCERPT
 1            THE COURT:  Two attorneys indicated they had something
 2   different on behalf of their clients than everybody else.
 3            MR. CELEDONIO:  If I may, if the court recalls, I am
 4   standing in for Mr. Richard Gutowski.  His counsel is not here;
 5   he has not retained counsel.  His bail conditions are set to be
 6   met this coming Wednesday.  He asks that I request the court to
 7   extend that date until Friday since he does not have counsel
 8   and he doesn't don't know exactly what the parameters are.  So
 9   if the court could at least orally, I believe the government
10   will consent, permit the bail conditions for Mr. Gutowski to be
11   met by December 16, a week from today, he would greatly
12   appreciate it.
13            MR. J. COHEN:  The government would not object to
14   that.
15            MR. CELEDONIO:  Thank you, your Honor.
16            MR. FARBER:  For Christine Gunning, two matters I
17   discussed with the government already.  One, right now there is
18   going to be a requirement of three financially responsible
19   individuals to sign my client's been.  She has two.  The
20   application is going to be made to reduce the number from three
21   to two for the number of required signers on the bottom.
22            Second, my client has certain medical issues that
23   require her to see a physician in Pennsylvania on a regular
24   basis.  The application is to expand her travel permanently to
25   allow her to go to the District of Pennsylvania, the Scranton
                   SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

```
                                                              3
     1C94TRUEXCERPT           EXCERPT
 1   area, so she can see her doctor as needed.
 2           THE COURT:  Mr. Cohen.
 3           MR. J. COHEN:  The government would not object to
 4   those two applications.  The government is not sure standing
 5   here which district of Pennsylvania Scranton is in.
 6           MR. FARBER:  I believe it's the eastern, but I am not
 7   sure.
 8           THE COURT:  Whatever district it is, you are talking
 9   about specifically about Scranton, Pennsylvania.
10           MR. FARBER:  Yes.
11           THE COURT:  It's the Middle District.
12           MR. FARBER:  Thank you.
13           THE COURT:  Thank you.
14           MR. McMAHON:  Your Honor, on behalf of Alphonse
15   Trucchio.  He is a defendant in a case before Judge Berman,
16   indictment number 11CR12.  The bail package here that
17   Mr. Trucchio was released on was the same bail as was posted
18   before Judge Berman which is a $3 million bond secured by
19   $500,000 and real estate.  There are five co-signers on that
20   bond.
21           My application, your Honor, because some of these
22   co-signers are elderly, is to have them each sign surety
23   affidavits saying that they agree that their obligations under
24   the Judge Berman bonds would also cover Mr. Trucchio's bail
25   conditions here in this case before your Honor.  I have advised
                  SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```

```
                                                                  4
     1C94TRUEXCERPT              EXCERPT
 1   the government of the nature of this request.  I would ask your
 2   Honor to authorize that.
 3            THE COURT:  Mr. Cohen.
 4            MR. J. COHEN:  Yes, your Honor.  Certainly if the
 5   magistrate court has no issues, if the clerks there have no
 6   issues doing that, the notarized continuation of bail
 7   conditions from the other case is not objectionable to the
 8   government.
 9            THE COURT:  It will be so ordered contingent upon
10   those circumstances being complied with.
11            MR. McMAHON:  I went to the magistrates clerk office
12   first.  They said they didn't have any problem with it so long
13   as your Honor had no problem with it.  I assumed that when I
14   spoke to the government, that that would be appropriate.
15            THE COURT:  It will be done on consent of the
16   government.
17            MR. McMAHON:  Thank you.
18            THE COURT:  Thank you.
19            MR. J. COHEN:  Thank you, your Honor.
20                              - - -
21
22
23
24
25
```

$3 MILLION PRB. CO-SIGNED BY 5 FINANCIALLY RESPONSIBLE PERSONS. SECURED BY THE FOLLOWING FOUR PROPERTIES:
(1) 36 PIPER DRIVE, ALBERTSON, N.Y. 11507; (2) 161-47 84 STREET, HOWARD BEACH, N.Y. 11414; (3) 135-47 120 STREET, S. OZONE PARK, N.Y. 11420 AND (4) 130-27 115 STREET, S. OZONE PARK, N.Y. 11420. THE BOND ALSO NEEDS TO BE SECURED BY ADDITIONAL PROPERTY OR CASH IN THE APPROXIMATE AMOUNT OF $500,000. STRICT PRETRIAL SUPERVISION WITH WEEKLY IN PERSON REPORTING. HOME CONFINEMENT WITH ELECTRONIC MONITORING - SEE TRANSCRIPT FOR ALLOWABLE OUT OF HOME ACTIVITY (E.G. CHURCH). TRAVEL RESTRICTED TO SDNY & EDNY. SURRENDER PASSPORT & NO NEW APPLICATIONS. DEFT MAY MEET WITH ATTORNEY'S; ATTEND COURT APPEARANCES; ATTEND TO PERSONAL MEDICAL EMERGENCIES; AND RELIGIOUS SERVICES. DEFT SHALL HAVE NO CONTACT/NO MEETINGS/ NO CONVERSATIONS WITH CO-DEFTS, WITNESSES AND/OR VICTIMS WITHOUT COUNSEL PRESENT. DEFT SHALL HAVE NO CONTACT/NO MEETINGS/NO CONVERSATIONS WITH CONVICTED FELONS OR THOSE ENGAGED IN CRIMINAL ACTIVITY. DEFT SHALL NOT POSSESS OR USE A CELL PHONE. DEFT SHALL NOT POSSESS CASH IN EXCESS OF $750.00. DEFT MAY BE RELEASED UPON THE SIGNATURE OF 2 CO-SIGNERS & HIS SIGNATURE AND ELECTRONIC MONITORING IN PLACE. OTHER CONDITIONS TO BE MET BY 9/16/11.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
| v. | ) |
|  | ) Case No. 11 CR. 12 -3 (RMB) |
| ALPHONSE TRUCCHIO | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree that we and our personal representatives, jointly and severally, are bound to pay the United States of America the sum of
$ **3,000,000** secured by $ **500,000** in cash and/or **PROPERTIES** (describe other security) if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter.

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: _____

City and state: NEW YORK, N.Y.

PAUL CONTE
*Property owner's printed name*

PATRICIA CONTE
*Property owner's printed name*

VINCENT MONTELLA
*Property owner's printed name*

ASSUNTO AGOSTINELLI
*Property owner's printed name*

ROSALIA AGOSTINELLI
*Property owner's printed name*

_____
*Property owner's printed name*

Sworn and signed before me.

Date: Sep 12, 2011

Agreement accepted.

Date: Sep 12, 2011

Agreement approved.

Date: _____

ALPHONSE TRUCCHIO
*Defendant (if a property owner)*

*[signature]*
*Property owner's signature*

*Patricia Conte [signature]*
*Property owner's signature*

*Vincent Montella [signature]*
*Property owner's signature*

*Assunto Agostinelli [signature]*
*Property owner's signature*

*Rosalie Agostinelli [signature]*
*Property owner's signature*

_____
*Property owner's signature*

CLERK OF COURT

*[signature]*
*Signature of Clerk or Deputy Clerk*

UNITED STATES OF AMERICA

DANIEL CHUNG
*Assistant United States Attorney's signature*

_____
*Judge's signature*