**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/12
```

**ORDER**

                         -against-

11 Cr 12 & 11 Cr 614

ALPHONSE TRUCCHIO,

                         Defendant.
----------------------------------------------------------------X

        For the reasons stated on the record today, the defendant is hereby remanded.


Dated:  New York, New York
        February 17, 2012


                                RICHARD M. BERMAN, U.S.D.J.