```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                :        (S-2) 11 Cr. 12  (RMB)
                                                  (S-1) 11 Cr. 614 (RMB)

       -against-                             :

                  **ORDER TO RELEASE PASSPORT**

ALPHONSE TRUCCHIO,                       :

            Defendant.                     :

-----------------------------------------------------------x

Upon the application of Gerald J. McMahon, attorney for the defendant, ALPHONSE TRUCCHIO, and with the consent of the government, by Assistant United States Attorney Elie Honig, it is hereby

ORDERED, that the Pretrial Services Office release the passport of defendant TRUCCHIO his counsel, Gerald J. McMahon.

Dated: New York, New York
       February **22**, 2012

_____
HONORABLE RICHARD M. BERMAN
United States District Judge