USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATE OF AMERICA  :  (S-2) 11 Cr. 12 (RMB)
                            (S-1) 11 Cr. 614 (RMB)

    -against-  :

           **ORDER**

ALPHONSE TRUCCHIO,  :

    Defendant.  :

-----------------------------------------------------------x

    WHEREAS, the defendant, ALPHONSE TRUCCHIO,, was arrested on January 20, 2011, and was released on September 12, 2011 on bail, including a personal recognizance bond ("PRB") of $3,000,000; and

    WHEREAS, the PRB was secured by the deposit with the Clerk of the Court of $300,000 in cash and the posting of four properties, specifically: (1) 36 Piper Drive, Albertson, New York 11507; (2) 161-47 84 Street, Howard Beach, New York 11414; (3) 135-47 120 Street, S. Ozone Park, New York 11420; and (4) 130-27 115 Street, S. Ozone, Park, New York 11420; and

    WHEREAS, TRUCCHIO has pled guilty, and on February 17, 2012 was remanded to the custody of the Bureau of Prisons to begin serving his sentence;

    IT IS HEREBY ORDERED that the cash bail posted on behalf of defendant TRUCCHIO is hereby exonerated and shall be returned to the surety who posted it by the Clerk of the Court is directed to return the $300,000 in cash to the surety who posted it, and

IT IS FURTHER ORDERED that any right or interest or encumbrance placed on the properties located (1) 36 Piper Drive, Albertson, New York 11507; (2) 161-47 84 Street, Howard Beach, New York 11414; (3) 135-47 120 Street, S. Ozone Park, New York 11420; and (4) 130-27 115 Street, S. Ozone, Park, New York 11420 to secure the bond of the defendant ALPHONSE TRUCCHIO, be released, and that satisfaction of judgment on the properties be entered.

Dated: New York, New York
~~February ___, 2012~~
3/12/12

_____
HONORABLE RICHARD M. BERMAN
United States District Judge

doc205